VINCE D. NGUYEN, California Bar No. 171768
Newton Law Group
1275 S. Winchester Blvd., Suite E
San Jose, CA 95128
(408) 828-8078 * Fax (408) 624-1014
Email: vincen@newtonlawgroup.com

Attorney for Plaintiff

UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TERI H. NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATIONS: JPMORGAN CHASE BANK, AND DOES 1 TO 99<br><br>Defendants. | Case No: **11-CV-03318-LHK**<br><br>[PROPOSED]<br><br>**ORDER ON**<br><br>**CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS BASED ON STIPULATION** |

WHEREAS, on August 22, 2011 Defendants Bank of America ("BOA") and JPMorgan Chase Bank ("Chase") filed their Motion to Dismiss to the complaint of Plaintiff Teri Nguyen ("Nguyen") which motion is noticed for hearing on October 20, 2011.

WHEREAS, due to the fact that plaintiff's attorney has to leave the U.S. for a funeral in Vietnam, more time will be needed than previously anticipated for plaintiff attorney to prepare the Opposition to the said motion.

WHEREAS, to have the time necessary, Plaintiff's counsel has requested a

Order on Continuance of Hearing
On Defendants' Motion to Dismiss             1

continuance of the hearing of the motion to dismiss, and counsel for the defendants is amenable to such request.

NOW, THEREFORE, IT IS HEREBY STIPULATED that the hearing of the Motion to Dismiss shall be continued for about two weeks from the initial date of October 20, 2011.

Date: 9/21/11

ALVARADOSMITH
A Professional Corporation

_____
KATHERINE S. AGBAYANI
BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO "LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY07 TRUST"; and JPMORGAN CHASE BANK N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FA FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION, ACTING AS RECEIVER

Date: 09/21/11

PLAINTIFF'S COUNSEL

_____
Vince Nguyen

## ORDER

Based upon the above stipulation, IT IS HEREBY ORDERED that the hearing of the Motion to Dismiss of the Defendants to the complaint of Plaintiff Teri Nguyen shall be continued to November 17, 2011 at 2pm.

_____
Honorable Lucy H. Koh
Judge of the U.S. District Court