UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 2 min

**JUDGE LUCY H. KOH**

CRT REPRTR: __LEE-ANNE SHORTRIDGE__           DATE: __3/1/12__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                              CASE #: __11-03318LHK__

CASE TITLE: __NGUYEN__ VS. __BANK OF AMERICA, N.A., ET AL__

**Appearances for Plaintiff(s)**           **Appearances for Defendant(s)**

__NONE__                                   __NONE__


**TODAY'S PROCEEDINGS**

{X} SHOW CAUSE HEARING.   { } PRE-TRIAL CONF.   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }     1.
{ }     { }     { }     2.
{ }     { }     { }     3.
{ }     { }     { }     4.

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED      [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part


***[ ] BRIEFS TO BE FILED AS FOLLOWS:***

{ } Cont'd to _____ @ _____ For _____


**ORDER TO BE PREPARED BY:**      [ ]PLTF;      [ ]DEFT;      [ ]COURT
Additional Comments: __NO APPEARANCES.  THE COURT WILL ISSUE A WRITTEN ORDER.__